| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-po-00046 SAB |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND** |
| | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | Date: 7/18/19 |
| RUSSELL F. BYROADS, | ) | Time: 10:00 a.m. |
| | ) | Ctrm: 9 |
| Defendant. | ) | Judge: Hon. Stanley A. Boone |
| | ) | |

The defendant, Russell Byroads, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Byroads submits the attached Financial Affidavit as evidence of his inability to retain counsel. On January 23, 2019, Mr. Byroads was cited for entering any building, structure, or enclosed area owned by the United States when not open to the public, in violation of 36 C.F.R. § 261.09(e). On July 18, 2019, Mr. Byroads failed to appear in court for his initial appearance, and a warrant was issued. On July 24, 2019, Mr. Byroads called our office, and he is currently incarcerated in Madera on a state case.

Therefore, after reviewing Mr. Byroad's Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him.

DATED: July 24, 2019               */s/ Eric V. Kersten*
                                    ERIC V. KERSTEN for CHARLES J. LEE
                                    Assistant Federal Defender
                                    Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **July 25, 2019**

_____
UNITED STATES MAGISTRATE JUDGE