HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RUSSELL BYROADS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:19-po-00046-SAB |
| vs. | |
| RUSSELL BYROADS, | |
| Defendant. | |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Mr. Russell Byroads (DOB: 7/6/1981; Madera County Inmate # 116119), through undersigned counsel, hereby requests this Court to issue a writ of habeas corpus *ad prosequendum* so that he may be transported for his initial appearance before the Court. In support of this application, Byroads states as follows:

1. On January 23, 2019, Russell Byroads was issued a U.S. District Court Violation Notice (violation no.: 5195401), alleging that he entered a building owned by the United States not open to the public, in violation of 36 C.F.R. 261.9(e).

2. Byroads' initial appearance on the citation was eventually set for July 18, 2019.

3. Prior to July 18, 2019, Byroads was taken into custody by state authorities for a then pending criminal case in Madera County, California.

4. Upon information and belief, Byroads was unable to appear for his July 18 initial

appearance because he was incarcerated at the Madera County Jail in connection with the aforementioned state criminal matter. When he did not appear for his scheduled hearing in this case, the Court issued a warrant for Byroads' arrest.

5. On July 25, 2019, undersigned counsel was appointed to represent Byroads. Upon information and belief, counsel has since learned that Byroads was ordered by a Madera County court to complete an in-patient treatment program at a facility in Stockton, California.

6. Byroads is presently being prevented from participation in the in-patient treatment program due to the federal detainer issued by this Court.

7. Through counsel, Byroads requests that he be brought before this Court for his initial appearance so that the detainer can be lifted and he may take full advantage of the aforementioned in-patient treatment program. Participation in the in-patient treatment program will undoubtedly benefit both Byroads and the community upon his release.

Date: July 29, 2019          */s/ Matthew Lemke*  
                                         MATTHEW LEMKE  
                                         Assistant Federal Defender  
                                         Attorney for Defendant  
                                         RUSSELL BYROADS

\\  
\\  
\\  
\\  
\\  
\\  
\\  
\\  
\\  
\\  
\\  
\\  
\\

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The instant application is granted and the Madera County Department of Corrections and the U.S. Marshal for this district are directed to produce Russell Byroads (DOB: 7/6/1981; Madera County Inmate # 116119), so that he may appear before the Honorable Stanley A. Boone, Magistrate Judge, at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, California 93721 in Courtroom #9 on **Tuesday, August 13, 2019 at 1:30 p.m**.

The Madera County Department of Corrections and the U.S. Marshal for this district are thereafter directed to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or the further orders of the Court, thereupon to be returned to the Madera County Jail unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: __**July 30, 2019**__

UNITED STATES MAGISTRATE JUDGE