HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RUSSELL BYROADS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL BYROADS,<br><br>Defendant. | Case No. 1:19-po-00046-SAB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: October 17, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Russell Byroads, that the status conference currently scheduled for October 17, 2019, may be continued to December 12, 2019, at 10:00 a.m.

Pursuant to a sentencing order issued on July 9, 2019, by the Honorable Dale J. Blea, Presiding Judge, Superior Court of California, County of Madera, Mr. Byroads is currently receiving treatment at an in-patient substance abuse rehabilitation program located in Stockton, California. Treatment facility staff report that Mr. Byroads is doing well. In light of this information, the parties have reached a resolution in this matter that is contingent upon Mr. Byroads continued participation in the treatment program. Therefore, the parties jointly move to continue Mr. Byroads' status hearing to December 12, 2019, in order to permit him additional

time for treatment before any resolution of the matter is entered.

                                        Respectfully submitted,
                                        HEATHER E. WILLIAMS

                                        Federal Defender

Date: October 11, 2019                */s/ Matthew Lemke*
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RUSSELL BYROADS


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Date: October 11, 2019                */s/ Jeffrey Spivak*
                                          JEFFREY SPIVAK
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

## **O R D E R**

     Based on a showing of good cause, the Court hereby orders that the status conference currently scheduled for October 17, 2019, is continued to December 12, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **October 15, 2019**                               
                                                          UNITED STATES MAGISTRATE JUDGE