1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA 93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  RUSSELL BYROADS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No. 1:19-po-00046-SAB

12              Plaintiff,              STIPULATION TO CONTINUE STATUS
                                        CONFERENCE; ORDER
13        vs.

14   RUSSELL BYROADS,                   DATE:  December 12, 2019
                                        TIME:  10:00 a.m.
15              Defendant.              JUDGE: Hon. Stanley A. Boone

16

17       **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and

19  Assistant Federal Defender Matthew Lemke, counsel for defendant Russell Byroads, that the

20  status conference currently scheduled for December 12, 2019, may be continued to April 16,

21  2020, at 10:00 a.m.

22       Pursuant to a sentencing order issued on July 9, 2019, by the Honorable Dale J. Blea,

23  Presiding Judge, Superior Court of California, County of Madera, Mr. Byroads is currently

24  receiving treatment at an in-patient substance abuse rehabilitation program located in Stockton,

25  California.  Treatment facility staff report that Mr. Byroads continues to do well.  The parties

26  have reached a resolution in this matter that is contingent upon Mr. Byroads' continued

27  participation in the treatment program.  Therefore, the parties jointly move to continue Mr.

28  Byroads' status hearing to April 16, 2020, in order to permit him additional time to complete his

    in-patient treatment before any final resolution of the matter is entered.

Respectfully submitted,
HEATHER E. WILLIAMS

Federal Defender

Date: December 9, 2019                      */s/ Matthew Lemke*
                                            MATTHEW LEMKE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RUSSELL BYROADS


                                            MCGREGOR W. SCOTT
                                            United States Attorney

Date: December 9, 2019                      */s/ William Taylor*
                                            WILLIAM TAYLOR
                                            Special Assistant United States Attorney
                                            Attorney for Plaintiff




## O R D E R

    Based on a showing of good cause, the Court hereby orders that the status conference

currently scheduled for December 12, 2019, is continued to April 16, 2020, at 10:00 a.m.  The

defendant is ordered to appear.


IT IS SO ORDERED.

Dated:   **December 9, 2019**
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE